IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02399-ZLW

DEBBIE BELL,
    Plaintiff,

v.

WARDEN WALLACE,
DR. POLLACK, and
RAY RICE,
    Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Debbie Bell has filed *pro se* on February 7, 2007, a document titled "Order to Reopen Case, Due to Payment Already Made" in which she asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on January 31, 2007. The Court must construe the document liberally because Ms. Bell is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the document will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Ms. Bell filed the motion to reconsider within ten days after the Order

and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Ms. Bell failed either to pay the initial partial filing fee or to show cause why she was unable to pay the initial partial filing fee. Ms. Bell alleges in the motion to reconsider that she mailed the initial partial filing fee to the Court in January. She also states that an extension of time should have been granted.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Ms. Bell fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The Court's docketing records do not indicate that Ms. Bell paid the initial partial filing fee in this action. Furthermore, there is no indication that Ms. Bell ever sought an extension of time to pay the initial partial filing fee. Therefore, the motion to reconsider will be denied. Ms. Bell is reminded that, because the Court dismissed the instant action without prejudice, she may pursue her claims by filing a new action if she chooses. Accordingly, it is

ORDERED that the "Order to Reopen Case, Due to Payment Already Made" filed on February 7, 2007, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 14 day of Feb., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02399-BNB

Debbie Bell
Prisoner No. 83761
DWCF
PO Box 392005
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2-14-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk